AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Jennifer Wysocki, Andrew Sidhu and Betsy Kellogg, Individually and on Behalf of All Others Similarly Situated, *Plaintiff(s)* <br><br> v. <br><br> ZOOMINFO TECHNOLOGIES INC., et al., *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-05453 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ZoomInfo Holdings, LLC
805 Broadway St, Ste 900
Vancouver, WA 98660-3506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Breskin Johnson Townsend, PLLC
Cindy Heidelberg
1000 Second Avenue, Suite 3670
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*