AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Jennifer Wysocki, Andrew Sidhu and Betsy Kellogg, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> ZOOMINFO TECHNOLOGIES INC., et al., <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-05453-DGE |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ZOOMINFO TECHNOLOGIES INC.
THE CORPORATION TRUST COMPANY
Corporation Trust Center 1209 Orange St.
Wilmington, DE  19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cindy Heidelberg
Breskin Johnson & Townsend, PLLC
1000 Second Avenue, Suite 3670
Seattle, WA  98104


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*