AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| Jennifer Wysocki, Andrew Sidhu and Betsy Kellogg, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:22-cv-05453 |
| ZOOMINFO TECHNOLOGIES INC., et al., | ) ) |
| | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ZOOM INFORMATION INC.
CT Corporation System
155 Federal Street Ste 700
Boston, MA  02110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Breskin Johnson Townsend, PLLC
Cindy Heidelberg
1000 Second Avenue, Suite 3670
Seattle, WA  98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  August 31, 2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| Jennifer Wysocki, Andrew Sidhu and Betsy Kellogg, Individually and on Behalf of All Others Similarly Situated, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> ZOOMINFO TECHNOLOGIES INC., et al., <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  3:22-cv-05453-DGE <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ZOOMINFO TECHNOLOGIES INC.
THE CORPORATION TRUST COMPANY
Corporation Trust Center 1209 Orange St.
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cindy Heidelberg
Breskin Johnson & Townsend, PLLC
1000 Second Avenue, Suite 3670
Seattle, WA  98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  August 31, 2022

_____
*Signature of Clerk or Deputy Clerk*