Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JENNIFER WYSOCKI, ANDREW SIDHU and BETSY KELLOGG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES INC., DISCOVERORG, LLC, ZOOM INFORMATION, INC., ZOOMINFO TECHNOLOGIES LLC, ZOOMINFO HOLDINGS LLC, ZOOMINFO INTERMEDIATE HOLDINGS LLC, and ZOOMINFO INTERMEDIATE INC.,<br><br>Defendants. | Case No. 3:22-cv-05453-DGE<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE TO RESPOND TO AMENDED CLASS ACTION COMPLAINT AND BRIEFING SCHEDULE<br><br>Note on Motion Calendar: September 15, 2022 |

**<u>STIPULATION</u>**

Plaintiffs Jennifer Wysocki, Andrew Sidhu, and Betsy Kellogg ("Plaintiffs") and Defendants ZoomInfo Technologies LLC, ZoomInfo Technologies Inc., Zoom Intermediate Inc., and ZoomInfo Holdings LLC ("Defendants"), by their undersigned counsel, hereby agree that:

WHEREAS, on June 21, 2022, Plaintiff Jennifer Wysocki filed a Class Action Complaint (ECF No.1);

WHEREAS, on August 17, 2022, this Court issued an Order regarding deadlines for

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE
Case No. 3:22-cv-05453-DGE

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

Initial Disclosures, Joint Status Report, and set a Scheduling Conference for November 21, 2022 (ECF No.10);

WHEREAS, on August 18, 2022, Plaintiff Jennifer Wysocki and new Plaintiffs Andrew Sidhu and Betsy Kellogg filed an Amended Class Action Complaint, naming as Defendants ZoomInfo Technologies Inc., DiscoverOrg LLC, Zoom Information, Inc., ZoomInfo Technologies LLC, ZoomInfo Holdings LLC, ZoomInfo Intermediate Holdings LLC, and ZoomInfo Intermediate Inc. (ECF No.11);

WHEREAS, on August 26, 2022, Plaintiffs served the summons and Amended Class Action Complaint on ZoomInfo Technologies LLC and thus Defendant ZoomInfo Technologies LLC's current deadline to respond to the Amended Class Complaint is September 16, 2022;

WHEREAS, on August 30, 2022, Plaintiffs served the summons and Amended Class Action Complaint on ZoomInfo Intermediate Inc. and thus Defendant ZoomInfo Intermediate Inc.'s current deadline to respond to the Amended Class Complaint is September 20, 2022;

WHEREAS, on September 1, 2022, Plaintiffs served the summons and Amended Class Action Complaint on ZoomInfo Technologies, Inc. and thus Defendant ZoomInfo Technologies, Inc.'s current deadline to respond to the Amended Class Complaint is September 22, 2022;

WHEREAS, on September 14, 2022, undersigned counsel, being so authorized, accepted service of the Amended Class Action Complaint on behalf of ZoomInfo Holdings, LLC;

WHEREAS, the Parties have agreed that a short extension of time for Defendants to respond to the Amended Class Action Complaint is appropriate to afford Defendants and counsel sufficient time to investigate the allegations contained in the Amended Class Action Complaint and to formulate its legal strategy and defenses;

WHEREAS, counsel for Defendants have notified Plaintiffs' counsel of Defendants' intent to file a motion to dismiss and motion to strike;

WHEREAS, counsel for Plaintiffs have notified Defendants' counsel of their intent to file an amended complaint to include an additional plaintiff;

NOW THEREFORE, the Parties agree and stipulate to extend the deadline for

STIPULATED MOTION AND ORDER FOR
EXTENSION OF DEADLINE - 2 -
Case No.: 3:22-cv-05453-DGE

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

Defendants to respond to the Amended Class Action Complaint to October 28, 2022.  The Parties further stipulate and agree to the following briefing schedule:

| Pleading | Stipulated Deadline |
|---|---|
| Defendants' Motion to Dismiss and Motion to Strike | October 28, 2022 |
| Plaintiffs' Responses to Motion to Dismiss and Motion to Strike | December 2, 2022 |
| Defendants' Replies ISO Motion to Dismiss and Motion to Strike | December 23, 2022 |

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE
Case No.: 3:22-cv-05453-DGE

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

1  Respectfully submitted this 15th day of September, 2022

2

3  BRESKIN JOHNSON & TOWNSEND, PLLC  ORRICK, HERRINGTON & SUTCLIFFE LLP

4
   *s/ Cynthia Heidelberg*                    *s/ Aravind Swaminathan*
5  Cynthia Heidelberg, WSBA #44121            Aravind Swaminathan, WSBA #33883
   1000 Second Avenue, Suite 3670             701 Fifth Avenue
6  Seattle, WA 98104                          Suite 5600
   Telephone:  (206) 652-8660                 Seattle, WA  98104-7097
7  cheidelberg@bjtlegal.com                   Telephone:  (206) 839-4300
                                              aswaminathan@orrick.com
8
                                              *Attorneys for Defendants ZoomInfo Technologies*
9  LOWEY DANNENBERG, P.C.                     *LLC, ZoomInfo Technologies Inc., Zoom*
                                              *Intermediate Inc., and ZoomInfo Holdings LLC's*
10
   *s/Margaret MacLean*
11 *s/ Andrea Farah*
   *s/ Radhika Gupta*
12 Margaret MacLean (*admitted pro hac vice*)
   Andrea Farah (*admitted pro hac vice*)
13 Radhika Gupta *(admitted pro hac vice)*
   44 South Broadway, Suite 1100
14 White Plains, NY 10601
   Telephone:  (914) 997-0050
15 mmaclean@lowey.com
   afarah@lowey.com
16 rgupta@lowey.com

17
   *Attorneys for Plaintiffs*
18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND ORDER FOR
EXTENSION OF DEADLINE                       - 4 -       ORRICK, HERRINGTON & SUTCLIFFE LLP
Case No.: 3:22-cv-05453-DGE                                    701 Fifth Avenue, Suite 5600
                                                              Seattle, Washington  98104-7097
                                                                    +1 206 839 4300

**ORDER**

IT IS HEREBY ORDERED that Defendants ZoomInfo Technologies LLC, ZoomInfo Technologies Inc., Zoom Intermediate Inc., and ZoomInfo Holdings LLC's deadline to respond to the Amended Class Action Complaint is extended to October 28, 2022. If Defendant files a motion to dismiss/motion to strike, Plaintiffs' response(s) shall be due December 2, 2022. Defendants' replies in support of their motion to dismiss and/or motion to strike shall be due December 23, 2022.

DATED this 27th day of September, 2022.

David G. Estudillo
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF DEADLINE    - 5 -
Case No.: 3:22-cv-05453-DGE

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300