The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JENNIFER WYSOCKI, ANDREW SIDHU, BETSY KELLOGG, and KEISHA FLEMISTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES INC., ZOOMINFO TECHNOLOGIES LLC, ZOOMINFO HOLDINGS LLC, and ZOOMINFO INTERMEDIATE INC.,<br><br>Defendants. | Case No. 3:22-cv-05453-DGE<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

Before the Court is Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).  The Motion seeks dismissal of Plaintiffs' Second Amended Class Action Complaint for failure to state a claim upon which relief can be granted.  Upon consideration of Defendants' Motion, the Court finding the Motion well-taken, the Motion to Dismiss is **GRANTED.**

**IT IS HEREBY ORDERED** that the Second Amended Class Action Complaint is **DISMISSED WITH PREJUDICE**.

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
Case No. 3:22-cv-05453-DGE

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

Dated this __ day of _____, 2022.

_____
Hon. David G. Estudillo
United States District Judge

*Presented by*:

ORRICK, HERRINGTON & SUTCLIFFE LLP

*s/Aravind Swaminathan*
Aravind Swaminathan (WSBA No. 33883)
aswaminathan@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone: (206) 839-4300
Facsimile: (206) 839-4301

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS
Case No. 3:22-cv-05453-DGE

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300