The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

JENNIFER WYSOCKI, ANDREW SIDHU, BETSY KELLOGG, and KEISHA FLEMISTER, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ZOOMINFO TECHNOLOGIES INC., ZOOMINFO TECHNOLOGIES LLC, ZOOMINFO HOLDINGS LLC, and ZOOMINFO INTERMEDIATE INC.,

Defendants.

Case No. 3:22-cv-05453-DGE

DECLARATION OF ARAVIND SWAMINATHAN IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY

I, Aravind Swaminathan, hereby declare:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Defendants ZoomInfo Technologies, Inc., ZoomInfo Technologies LLC, ZoomInfo Holdings LLC, and ZoomInfo Intermediate Inc., in this action. I have personal knowledge of the facts stated herein and, if called as a witness, would competently testify thereto.

2. On September 6, 2022, I emailed counsel for Plaintiffs regarding several issues

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

surrounding the scheduling of Defendants' then-forthcoming motions to dismiss and to strike. I proposed stipulating to stay discovery until 30 days after the Court rules on the Motion to Dismiss and Motion to Strike.

3. The next day, counsel for Plaintiffs, Radhika Gupta, responded that Plaintiffs would not agree to stay discovery while the motions are pending.

4. At the November 1, 2022, Rule 26(f) telephonic conference, counsel for Defendants advised Plaintiffs' counsel that Defendants planned to file a motion to stay discovery deadlines pending the outcome of the motions to dismiss and strike. Defendants inquired as to Plaintiffs' position on the motion. Counsel for Plaintiffs stated that they oppose the motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 2, 2022, at Seattle, Washington.

By: *s/Aravind Swaminathan*

Aravind Swaminathan (WSBA No. 33883)
aravind@orrick.com

701 Fifth Avenue
Suite 5600
Seattle, WA 98104-7097
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

Attorney for Defendants

DECLARATION OF ARAVIND SWAMINATHAN ISO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER
Case No.: 3:22-cv-05453-DGE

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300