HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER WYSOCKI, ANDREW SIDHU, BETSY KELLOGG, and KEISHA FLEMISTER, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ZOOMINFO TECHNOLOGIES INC., ZOOMINFO TECHNOLOGIES LLC, ZOOMINFO HOLDINGS LLC, and ZOOMINFO INTERMEDIATE INC.,<br><br>      Defendants. | Case No.: 3:22-cv-05453-DGE<br><br>**ORDER RE DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(c)** |

   Before the Court is Defendants' Motion for a Protective Order Staying Discovery Pursuant to Federal Rule of Civil Procedure 26(c) ("Motion"). (Dkt. No. 23.) Plaintiffs have filed their Response (ECF No. 29) and Defendants have filed their Reply. (Dkt. No. 30.) THE COURT, having considered the papers and arguments of counsel, finds that Defendants' Motion is granted in part and denied in part, as follows:

   1.  Plaintiffs may seek discovery regarding: (1) which Defendant participated, and how, in activity Plaintiffs claim operates in contradiction to the Terms of Use and Privacy Policy as alleged in the Second Amended Complaint and in contradiction to any Defendant's website;

and (2) what, if any, role each named Defendant had in the acts alleged.  As to these two issues, discovery shall commence immediately.

2. All other discovery is stayed.

3. The Parties will update the Court on the status of discovery during the next status conference set for February 24, 2023 at 9:00 a.m.

SO ORDERED.

Dated: December 2, 2022



David G. Estudillo
United States District Judge

Respectfully submitted,

**BRESKIN JOHNSON & TOWNSEND, PLLC**
By: */s/Cynthia Heidelberg*
Cynthia Heidelberg, WSBA No. 44121
1000 Second Avenue, Suite 3670
Seattle, WA 98104
(206) 652-8660 Fax (206) 652-8290
cheidelberg@bjtlegal.com

**LOWEY DANNENBERG, P.C.**
Margaret MacLean (admitted *pro hac vice*)
Andrea Farah (admitted *pro hac vice*)
Radhika Gupta (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0050
Email:   mmaclean@lowey.com
              afarah@lowey.com
              rgupta@lowey.com

*Attorneys for the Plaintiffs*

ORDER ON DEFENDANTS' MOTION FOR
PROTECTIVE ORDER STAYING DISCOVERY
Case No.: 3:22-cv-05453-DGE

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660