The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JENNIFER WYSOCKI, ANDREW SIDHU, BETSY KELLOGG, and KEISHA FLEMISTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES INC., ZOOMINFO TECHNOLOGIES LLC, ZOOMINFO HOLDINGS LLC, and ZOOMINFO INTERMEDIATE INC.,<br><br>Defendants. | Case No. 3:22-cv-05453-DGE<br><br>ORDER GRANTING DEFENDANTS' MOTION TO SEAL<br><br>NOTE ON MOTION CALENDAR: March 31, 2023 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL
Case No. 3:22-cv-05453-DGE

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300

The Court, having received and reviewed Defendants' Motion to Seal (the "Motion"), the Declaration of Brandon Tucker in Support of Defendants' Motion to Seal, the Declaration of Scott Sutton in Support of Defendants' Motion to Seal, any response to the Motion, and any reply in support of the Motion, it is hereby ORDERED that:

Defendants' Motion is GRANTED. The unredacted version of the Declaration of Brandon Tucker in Support of Defendants' Motion to Dismiss (Dkt. No. 63) and the unredacted versions of Exhibits A-B thereto shall be maintained under seal. The unredacted version of the Declaration of Elliott Gordon (Dkt. No. 64) and the unredacted version of Exhibit A thereto shall be maintained under seal.

Dated this 24th day of April, 2023.

David G. Estudillo
United States District Judge

*Presented By:*

/s/ *Aravind Swaminathan*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Aravind Swaminathan (WSBA No. 33883)
aswaminathan@orrick.com
401 Union Street – Suite 3300
Seattle, WA 98101
Telephone:  206-839-4300
Facsimile:  206-839-4301

**Attorneys for Defendants**

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL
Case No. 3:22-cv-05453-DGE
- 1 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300