HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER WYSOCKI, ANDREW SIDHU, BETSY KELLOGG, and KEISHA FLEMISTER, Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　Plaintiffs,<br>　　v.<br>ZOOMINFO TECHNOLOGIES INC., ZOOMINFO TECHNOLOGIES LLC, ZOOMINFO HOLDINGS LLC, and ZOOMINFO INTERMEDIATE INC.,<br>　　　　　　　Defendants. | Case No.: 3:22-cv-05453-DGE<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Betsy Kellogg ("Plaintiff Kellogg"), by and through her undersigned counsel, hereby gives notice of voluntary dismissal of this case with prejudice.

　　The Court issued its decision on Defendants' Motion to Dismiss (ECF Nos. 22, 78) and Motion to Strike (ECF No. 21) on March 15, 2024 ("Order"). *See* ECF No. 98. The Order dismissed all Plaintiffs' claims without leave to amend, except Plaintiff Kellogg's claim under the California Invasion of Privacy Act (Claim 6). Order at 33.

1    Plaintiff Kellogg is filing this notice of voluntary dismissal to dismiss her claim under the

2 California Invasion of Privacy Act, which is the only surviving claim. Nothing herein is intended

3 to affect the legal rights of any putative Class Member.

4    The Defendants in this action have not filed an answer or moved for summary judgment.

5    Dated: April 10, 2024                    Respectfully submitted,

    **BRESKIN JOHNSON & TOWNSEND, PLLC**
    s/Cynthia Heidelberg
    Cynthia Heidelberg, WSBA No. 44121
    1000 Second Avenue, Suite 3670
    Seattle, WA 98104
    (206) 652-8660 Fax (206) 652-8290
    cheidelberg@bjtlegal.com

    Margaret MacLean (admitted *pro hac vice*)
    Andrea Farah (admitted *pro hac vice*)
    Radhika Gupta (admitted *pro hac vice*)
    **LOWEY DANNENBERG, P.C.**
    44 South Broadway, Suite 1100
    White Plains, NY 10601
    Telephone: (914) 997-0050
    Email:  mmaclean@lowey.com
            afarah@lowey.com
            rgupta@lowey.com

    *Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: April 10, 2024

*s/Cynthia Heidelberg*
Cynthia Heidelberg