UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER WYSOCKI,<br><br>  Plaintiff,<br>   v.<br><br>ZOOM TECHNOLOGIES INC et al.,<br><br>  Defendant. | CASE NO. 3:22-cv-05453-DGE<br><br>ORDER TERMINATING CASE |

Pursuant to the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Dkt. No. 105), this case is now resolved in its entirety and the Court instructs the Clerk to close this matter.

Dated this 12th day of April 2024.

David G. Estudillo
United States District Judge

ORDER TERMINATING CASE - 1